UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEAN EDENFIELD,**

      **Plaintiff,**

**v.**                                                     **Case No:  6:13-cv-319-Orl-36KRS**

**CRIB 4 LIFE, INC. and JIM LILLO,**

      **Defendants.**

_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on March 10, 2014.  Doc. 32.  In the Report and Recommendation, Judge Spaulding recommends that the Court grant in part and deny in part Plaintiff Dean Edenfield's ("Edenfield") Motion for Default Judgment (the "Motion") against Defendants Crib 4 Life, Inc. ("Crib 4 Life") and Jim Lillo ("Lillo").  Doc. 26.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

This is an employment law case for unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*  Defaults were entered against each Defendant after neither Defendant appeared or responded to the Complaint (Doc. 1).  *See* Docs. 13, 14.  However, the case was later stayed as to Defendant Lillo because he filed a petition for bankruptcy.  *See* Doc. 31.

As to Defendant Crib 4 Life, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is now **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of Magistrate Judge Spaulding (Doc. 32) is adopted, confirmed, and approved in all respects and is made a part of this Order for purposes, including appellate review.

(2) Plaintiff Dean Edenfield's Motion for Default Judgment (Doc. 26) is **GRANTED in part** and **DENIED in part**. Defendant Crib 4 Life, Inc. shall pay to Edenfield $4,257.00 in overtime compensation and $4,257.00 in liquidated damages, for a total amount of $8514.00.

(3) The Clerk of Court is **DIRECTED** to enter a judgment in favor of Plaintiff Dean Edenfield and against Defendant Crib 4 Life, Inc. in the amount of $8514.00. The Motion for Default Judgment is denied in all other respects as it pertains to Crib 4 Life.

(4) The Clerk is **DIRECTED** to terminate the Motion for Default Judgment as it pertains to Defendant Jim Lillo. Plaintiff Dean Edenfield may file a new motion, if appropriate, after the bankruptcy stay is lifted. The Clerk is further **DIRECTED** to administratively close this file pending a lift of the bankruptcy stay.

**DONE AND ORDERED** at Orlando, Florida on April 4, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Karla R. Spaulding
Counsel of Record
Any Unrepresented Parties